# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHARON BALES,

    Plaintiff,

                                        CASE NO.:  8:17-CV-02795-EAK-AAS

-vs-

CITIBANK, N.A.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, SHARON BALES, by and through her undersigned attorney, and hereby files this Notice of Voluntary Dismissal With Prejudice of the above captioned matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail this 13th day of March, 2018 to: Andrew Moritz, Esquire, Assistant General Counsel - Consumer Litigation, 14000 Citi Cards Way, C1G-1B235, Jacksonville, Florida, 32258.

                                      */s/ Octavio Gomez*
                                      Octavio Gomez, Esquire
                                      Florida Bar No.: 0338620
                                      Morgan & Morgan, Tampa,  P.A.
                                      One Tampa City Center
                                      Tampa, Florida 33602
                                      Tele:  (813) 223-5505
                                      Fax:  (813) 223-5402
                                      Primary Email: TGomez@ForThePeople.com
                                      Secondary Email: LDobbins@ForThePeople.com
                                      *Attorney for Plaintiff*